**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPLAND BAND OF POMO INDIANS, | No. C 04-00102 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING ADMINISTRATIVE MOTION TO RELATE** |
| GALE NORTON, Secretary of the Interior, DAVID ANDERSON, Assistant Secretary of Indian Affairs, CLAY GREGORY, Acting Regional Director, Pacific Regional Office, Bureau of Indian Affairs, and DALE RISLING, SR., Superintendent of the Central California Agency of Bureaus of Indian Affairs, | |
| Defendants. / | |

Plaintiffs have submitted an administrative motion seeking to relate recently-filed *Hopland v. Salazar* to *Hopland v. Norton*, which was terminated in 2005. Defendants oppose. Having reviewed the complaints, the order concludes the cases are not related within the meaning of Civil Local Rule 3-12. The actions do not concern substantially the same parties. The *Norton* action had one plaintiff, Hopland Band of Pomo Indians. The newly-filed *Salazar* action names as plaintiffs Hopland Band of Pomo Indians along with four other federally recognized Indian tribes. The allegations that give rise to the dispute in *Salazar* arose after *Norton* ended, and concern different events, such as the tribes' various requests to enter into contracts with defendants for law enforcement services. The order finds no reason why

assignment of *Salazar* to a different judge would be an unduly burdensome duplication of labor and expense. Therefore, the motion to relate is **DENIED**.

**IT IS SO ORDERED.**



Dated: March 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2